UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Criminal Action No. 04-258 (RMC) |
| ) | |
| CURTIS A. ENNIS  ) | **FILED** |
| ) | APR 1 2 2012 |
| Defendant.  ) | |
| ) | Clerk, U.S. District and Bankruptcy Courts |

## ORDER

The Court adopts the Report and Recommendation issued by Magistrate Judge John M. Facciola on April 4, 2012. It is hereby

**ORDERED** that Defendant's supervised release is **REVOKED**; and it is

**FURTHER ORDERED** Defendant is sentenced to 90 days imprisonment.

**SO ORDERED.**

Date: April 11, 2012

ROSEMARY M. COLLYER
United States District Judge